ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF HAWAII

CR 03-00090

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | A792577        H10 | 12/20/2002 |
| SUMMERVILLE, ERIC P<br>PO BOX 508 BLDG 746 RM 262<br>SCHOFIELD BRCKS, HI 96857 | DUI | |
| *Defendant.* | | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**MANDATORY APPEARANCE REQUIRED.**

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

• Collateral in the Amount of $ ____NONE____ may be Forfeited in Lieu of Appearance.

BAIL FIXED AT $200.00 CASH

WALTER A. Y. H. CHINN, CLERK
By: _____, Deputy

Date **11/25/03**

_____
*United States Magistrate Judge*
KEVIN S. CHANG

---

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE –NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name _____  Title _____  District _____
Date _____  Signature _____

DISMISSED
Date: APR 3 0 2008

# United States District Court Violation Notice

**Violation No.:** A792577
**Loc. Code:** H10
**Print Officer Name:** SANDOVAL, GILBERT
**Officer No.:** 57631

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 20 DEC 03  2340
**Offense Charged:** HRS 291 E-61 (a)(3)
**Place of Offense:** Macomb Gate Schofield Barracks Hi
**Offense Description:** OPERATING A MOTOR VEHICLE WITH .08% OR MORE OF ALCOHOL ON BREATH   C/BTRY 7/11 Field Artillery

**Defendant's Last Name:** SUMMERVILLE    **First Name:** ERIC    **M.I.:** P
**Street Address:** PO BOX 568 BLDG 746 Rm 369
**City:** SCHOFIELD BARRACKS    **State:** HI    **Zip Code:** 96857
**D.L. No.:** HOO 348814    **D.L. State:** HI    **Social Security No.:** 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    **Date of Birth:** 20 DEC 1977

VEHICLE DESCRIPTION
**Vehicle Tag No.:** 143 X6D   **Tag State:** HI   **Year:** 2003   **Make:** Suzuki (GSXR)   **Color:** Blue + White

A ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
  ☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
  ☐ I plead not guilty and promise to appear as required.

**Court Address:**    **YOUR COURT DATE:** Date / Time

**Collateral (fine):** MCA    For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1998    Original - CVB Copy    Previous edition is obsolete.
(Accountable upon issuance in the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

---

CR 03 00090
FEB 25 2003
ENTERED

A792577
TE-CM POC
NKM 3/25/03 ENTERED
9/23/03
NKM POC 10/28/03 ENTERED
NKM POC 11/25/03 ENTERED

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Dec. 20, 2003** while exercising my duties as a law enforcement officer in the **Schofield Bks** District of **HAWAII**.

The aforementioned vehicle was cited for operating a motorcycle without proper safety equipment and no drivers license. Upon contact with the operator a strong odor of an alcoholic beverage was detected emitting from his person. A series of field sobriety test were administered when the subject failed he was then apprehended and transported to the MP station for processing and read the implied consent which he agreed to submit a sample of his breath while tested in a BAC of .09% Subject was further processed + released

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

Executed on: **Dec. 20, 2003**    Officer's Signature: *Gilbert Sandoval*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date _____  U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998